## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY A. ZIERKE, | : | CIVIL ACTION NO. 3:CV-15-0911 |
| | : | |
| Petitioner | : | (Judge Nealon) |
| | : | |
| v. | : | |
| | : | |
| DAVID J. EBBERT, | : | |
| | : | |
| Respondent | : | |

### ORDER

**AND NOW, THIS 10th DAY OF JUNE, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed in forma pauperis (Doc. 3), is **GRANTED** for the purpose of filing the petition only.

2. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**